# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Verna A. Butler,<br><br>Debtor. | Case No. 26-14648-DJB<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on November 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 2, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

Allcare Medical Equipment
8348 Bustleton Ave
Philadelphia, PA 19152-1909

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Attn: Bankruptcy
388 Greenwich St
New York, NY 10013-2362

City of Philadelphia Law Department
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Comenity Capital Bank
Attn: Bankruptcy
12921 S Vista Station Blvd
Draper, UT 84020-2376

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Diversified Adjustment Services, Inc.
P.o. Box 32145
Minneapolis, MN 55432-0145

Jefferson Health
Attn: Bankruptcy
c/o Office of Legal Affairs
1101 Market St Ste 2400
Philadelphia, PA 19107-2934

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

PECO
PO Box 37629
Philadelphia, PA 19101

PGW
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

PNC Bank
Attn: Bankruptcy
300 5th Ave
Pittsburgh, PA 15222-2401

PNC Mortgage
Attn: Bankruptcy
8177 Washington Church Rd
Dayton, OH 45458

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

The Bureaus, Inc
650 Dundee Rd.
Northbrook, IL 60062

Water Revenue Bureau
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617